RELIANCE NOVELTY CO. v. DWORTZEK et al. (Circuit Court of Appeals, Ninth Circuit. October 26, 1897.) No. 387. Appeal from the Circuit Court of the United States for the Northern District of California. John L. Boone, for appellant. Isaac Frohman, for appellees. Dismissed, pursuant to the twenty-third rule, for failure to print record. See 80 Fed. 902.

---

RISTINE v. AMICONE. (Circuit Court of Appeals, Eighth Circuit. September 27, 1897.) No. 909. In Error to the Circuit Court of the United States for the District of Colorado. Lucius M. Cuthbert, for plaintiff in error. F. B. Tiffany, for defendant in error. Dismissed, with costs, on motion of plaintiff in error.

---

ROBINSON'S ADM'R v. DETROIT & C. STEAM NAV. CO. (Circuit Court of Appeals, Sixth Circuit. November 10, 1896.) No. 314. Appeal from the District Court of the United States for the Eastern District of Michigan. John C. Shaw, for appellant. Wells, Angell, Boynton & McMillan, for appellee. Discontinued, by consent, after the reversal of the decree dismissing the libel, and before any rehearing was had under the order of October 5, 1896, granting a rehearing. See 20 C. C. A. 86, 73 Fed. 883.

---

SABIN v. BARNETT et al. (Circuit Court of Appeals, Ninth Circuit. October 14, 1897.) No. 366. In Error to the Circuit Court of the United States for the Western Division of the District of Washington. Cox, Cotton, Teal & Minor, for plaintiff in error. Edward F. Hunter, C. H. Forney, and Charles Richardson, for defendants in error. Dismissed, upon stipulation of parties. See 79 Fed. 947.

---

SECURITY TRUST CO. v. DODD et al. (Circuit Court of Appeals, Eighth Circuit.) No. 916. Certified to supreme court for instructions upon certain questions, under the provisions of section 6 of the act of March 3, 1891.

---

SHIVERICK v. R. J. GUNNING CO. (Circuit Court of Appeals, Eighth Circuit. September 8, 1897.) No. 853. In Error to the Circuit Court of the United States for the District of Nebraska. R. S. Hall, for plaintiff in error. Charles Offutt, for defendant in error. Dismissed, with costs, pursuant to the twenty-third rule, for failure to print the record, on motion of defendant in error.

---

SWIFT et al. v. McKENDRY. (Circuit Court of Appeals, Eighth Circuit. October 4, 1897.) No. 930. In Error to the Circuit Court of the United States for the District of Nebraska. I. R. Andrews, for plaintiffs in error. T. J. Mahoney, for defendant in error. No opinion. Motion of defendant in error to strike bill of exceptions sustained, and judgment affirmed, with costs.